*CH.13 - unclaimed funds*

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

**0635559**

February 15, 2011

PAY Exactly Eight Thousand Four Hundred Fifty Seven And 97/100 Dollars

$******8,457.97

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑆0635559⑆ ⑈061100790⑈ 8800517495⑆

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228227   - KW
* * C O P Y * *
February 17. 2011
    12:46:47

**TREASURY REGFUND**
Debtor.: VARIOUS CH. 13S
Amount.:           $8,457.97 CH
Check#.: 0635559

2/17/11
Deposited to 6047BK
Various CH. 13s

*Vogel*

Total-> $8,457.97

FROM: BEAULIEU

The attached deposit payments previously found in the above-referenced case are filed herewith into the registry of the court.

Registry Check #635559

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 05-10393 | BROWN, CURTIS<br>BROWN, GAYE COTTON<br>2437 PARK LANE<br>GRETNA LA 70056 | 79.65 | OSI PORTFOLIO SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 105460<br>ATLANTA GA 30348 |
| 05-13562 | SCHEUERMANN JR, DAVID HENRY<br>SCHEUERMANN, MARTINA TERAN<br>1 MONTE CARLO DR<br>KENNER LA 70065 | 8,378.32 | BONOMOLO LIMOUSINES<br>% PAUL RUMAGE<br>13541 TIGER BEND RD<br>BATON ROUGE LA 70817 |
| | | $8,457.97 | |